sage
PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 10/02/2026, Danielle D'Ercole

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Eastern District of North Carolina.

Case number: 26-04247

Certificate number: NCE26-042475046917

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance